UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| ATARI, INC., *et al.*, ) | Case No. 13-_____ (___) |
| ) | |
| Debtors.[1] ) | Joint Administration Requested |
| ) | |

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 30 LARGEST UNSECURED CLAIMS

Pursuant to Local Bankruptcy Rule 1007-2(a)(4), the following is a consolidated list of creditors holding the thirty (30) largest unsecured claims against the Debtors (the "Consolidated List") based on the Debtors' unaudited books and records as of the Petition Date.  The Consolidated List has been prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure and does not include (i) persons or entities who come within the definition of "insider" set forth in 11 U.S.C. § 101(31), or (ii) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims.

The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtors.  The Debtors reserve all rights to assert that any debt or claim included herein is a disputed claim or debt, and to challenge the priority, nature, amount, or status of any such claim or debt.  In the event of any inconsistencies between the summaries set forth below and the respective corporate and legal documents relating to such obligations, the descriptions in the corporate and legal documents shall control.[2]

---

[1]    The other Debtors are Atari Interactive, Inc., Humongous, Inc., and California U.S. Holdings, Inc.

[2]    Each of the Debtors will file their respective schedules of assets and liabilities (the "Schedules") in accordance with 11. U.S.C. § 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure.  The information contained in the Schedules may differ from the information set forth on the Consolidated List.  The Debtors reserve the right to identify any claims listed in the Schedules as contingent, unliquidated, disputed and/or subject to setoff as appropriate.  Inclusion of a claim on the Consolidated List is not an admission that the amounts are not contingent, unliquidated, disputed and/or subject to setoff, nor is it an admission that the amounts listed are owed by more than one of the Debtors.

| | Name of Creditor | Complete mailing address, and employee, agents or department familiar with claim | Nature of claim (trade debt, bank loan, government contracts, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to set off | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|---|
| 1. | CHRIS SAWYER | c/o MARJACQ MICRO LIMITED 187 GLOUCESTER BOULEVARD LONDON, NW1 6BU, UK +44 020 7935-9499 guy@marjacq.com | ROYALTIES | | $  250,000 |
| 2. | TAVANT TECHNOLOGIES, INC. | 3101 JAY STREET, SUITE 101 SANTA CLARA, CA 95054 (408) 654-5222 sudheer.devadiga@tavant.com | TRADE PAYABLES | | 243,336 |
| 3. | CD PROJEKT RED S.A | UL. JAGIELLONSKA 74 BUDYNEK E, WARSAW 03-301, POLAND +48 22-519-69-00 michal.nowakowski@cdprojekt.com | ROYALTIES | | 215,998 |
| 4. | DELOITTE & TOUCHE | PO BOX 7247-6446 PHILADELPHIA, PA 19170-6446 (888) 258-4772 | ACCOUNTING FEES | | 164,000 |
| 5. | LIQUID ENTERTAINMENT | 45 EUREKA STREET, SUITE B PASADENA, CA 91103 (626) 793-7635 x203 hnewman@liquidentertainment.net | TRADE PAYABLES | CONTINGENT | 152,001 |
| 6. | CDV SOFTWARE ENTERTAINMENT | 117 CENTREWEST COURT CARY, NC 27513 (919) 481-1402 tom.gross@cdvus.com | TRADE PAYABLES | | 147,967 |
| 7. | KMART | 3100 W. BIG BEAVER TROY, MI 48084 (847) 286-2500 | CUSTOMER | UNLIQUIDATED | 142,877 |
| 8. | GIBSON, DUNN & CRUTCHER LLP | P.O. BOX 840723 LOS ANGELES, CA 90084-0723 (800) 822-7152 X7921 wbarsky@gibsondunn.com | LEGAL SERVICES | | 127,505 |
| 9. | RACKSPACE MANAGED HOSTING | P.O. BOX 730759 DALLAS, TX 75373-0759 (210) 312-4000 rosanna.murray@rackspace.com | TRADE PAYABLES | | 124,716 |

| | Name of Creditor | Complete mailing address, and employee, agents or department familiar with claim | Nature of claim (trade debt, bank loan, government contracts, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to set off | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|---|
| 10. | FRONTIER DEVELOPMENTS LTD | C/O MARJACQ MICRO LIMITED 187 GLOUCESTER BOULEVARD LONDON, NW1 6BU, UK +44 020 7935-9499 guy@marjacq.com | ROYALTIES | UNLIQUIDATED | 120,000 |
| 11. | SLEEPY GIANT ENTERTAINMENT INC | 303 BROADWAY, SUITE 104-74 LAGUNA BEACH, CA 92651 (949) 212-7211 piotr.kapiszewski@sleepygiant.com | TRADE PAYABLES | | 105,653 |
| 12. | GUI KARYO | 43 MALLARD RISE IRVINGTON, NY 10533 (917) 574-4275 gui@karyo.com | SEVERANCE | | 104,661 |
| 13. | DORSEY & WHITNEY LLP | P.O. BOX 1680 MINNEAPOLIS, MN 55480-1680 (212) 415-9200 walling.barbara@dorsey.com | LEGAL SERVICES | | 102,915 |
| 14. | GSKINNER.COM INC. | UNIT 108, 11614-119 STREET NW EDMONTON, ALBERTA T5G 2X7, CANADA (780) 637-4720 bobi@gskinner.com | TRADE PAYABLES | | 99,000 |
| 15. | ERNST & YOUNG | TOUR FIRST TSA 14444 1 PLACE DES SAISONS PARIS - LA DEFENSE CEDEX 92037, FRANCE +33 1 46 93 60 00 | CONSULTING SERVICES | | 90,000 |
| 16. | FLURRY INC | 282 2ND STREET SUITE 202 SAN FRANCISCO, CA 94105 (310) 717-9188 marc@flurry.com | TRADE PAYABLES | UNLIQUIDATED | 79,550 |
| 17. | PETROL ADVERTISING, INC. | 443 NORTH VARNEY STREET BURBANK, CA 91502 (323) 644-3727 X221 sclarke@petrolad.com | TRADE PAYABLES | | 70,833 |
| 18. | BUG TRACKER | 2030 BLVD. PIE-IX  #208 MONTREAL, QC | TRADE PAYABLES | UNLIQUIDATED | 68,369 |

| | Name of Creditor | Complete mailing address, and employee, agents or department familiar with claim | Nature of claim (trade debt, bank loan, government contracts, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to set off | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|---|
| | | H1V 2C8, CANADA<br>(514) 496-0093 | | | |
| 19. | ESCALATION STUDIOS INC | 5307 EAST MOCKINGBIRD LANE, SUITE 300<br>DALLAS, TX 75206<br>(972) 284-7710 | TRADE PAYABLES | | 66,000 |
| 20. | ARVATO DIGITAL SERVICES, LLC | P.O. BOX 75142<br>CHARLOTTE, NC 28262-2334<br>(828) 658-2076<br>caren.burnette@arvatousa.com | TRADE PAYABLES | | 64,644 |
| 21. | TRIPLEPOINT, LLC | 115 SANSOME STREET, SUITE 800<br>SAN FRANCISCO, CA 94104<br>(310) 438-8115<br>qwageman@triplepointpr.com | TRADE PAYABLES | | 62,639 |
| 22. | WAL-MART | P.O. BOX 116<br>BENTONVILLE, AR 72716<br>(479) 273-4000 | CUSTOMER | UNLIQUIDATED | 56,330 |
| 23. | BABEL MEDIA LTD | 12 HOVE BUSINESS CENTRE FONTHILL ROAD<br>HOVE, EAST SUSSEX<br>BN3 6HA, UK<br>+44 0 1273732278<br>paul.mewis@babelmedia.com | TRADE PAYABLES | | 54,269 |
| 24. | KOOLHAUS GAMES, INC. | 204-896 CAMBIE STREET<br>VANCOUVER, BC<br>V6B 2P6, CANADA<br>(604) 684-9033<br>corporate@koolhausgames.com | TRADE PAYABLES | | 51,240 |
| 25. | FLYING WISDOM STUDIOS, INC. | 181 FREMONT STREET, 2ND FLOOR<br>SAN FRANCISCO, CA 94105<br>(650) 352-3548<br>hkchao@flyingwisdomstudios.com | TRADE PAYABLES | UNLIQUIDATED | 50,135 |
| 26. | GRIPTONITE, INC. | 45 FREMONT STREET, SUITE 2800<br>SAN FRANCISCO, CA 94105<br>(415) 800-6100<br>bowen.situ@glu.com | TRADE PAYABLES | CONTINGENT | 47,500 |
| 27. | CINRAM | GAMING & DISTRIBUTION DIVISION | TRADE PAYABLES | | 44,920 |

|  | Name of Creditor | Complete mailing address, and employee, agents or department familiar with claim | Nature of claim (trade debt, bank loan, government contracts, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to set off | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|---|
|  |  | 437 SANFORD ROAD<br>LAVERGNE, TN 37086<br>(615) 287-3819<br>louellaidolor@cinram.com |  |  |  |
| 28. | GAMESPY INDUSTRIES, INC. | 45 FREMONT STREET<br>SUITE 2800<br>SAN FRANCISCO, CA 94105-2209<br>(415) 800-6100<br>ar.customer@glu.com | LICENSING |  | 44,000 |
| 29. | UAB ON5 | NAUGARDUKO G.<br>VILNIUS<br>102, LITHUANIA<br>+375 29 7711777<br>sergey@on-5.com | TRADE PAYABLES |  | 43,000 |
| 30. | HUDSON VALLEY COMPUTER SERVICES LLC | DBA ELEVATED COMPUTING<br>1580 YORK AVENUE, #3B<br>NEW YORK, NY 10028<br>(212) 257-0628<br>mikem@elevatedcomputing.com | TRADE PAYABLES |  | 42,959 |