**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Lorraine McGowen
Scott M. Pearsall
51 West 52nd Street
New York, New York 10019
Tel: (212) 506-5000

*Attorneys for Claimant Cryptic Studios, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | Chapter 11 |
| ATARI, INC., *et al.*, | Case No. 13-10176 (JMP) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

PLEASE TAKE NOTICE that Cryptic Studios, Inc., by its undersigned counsel, hereby waives and withdraws its proof of claim (Claim No. 170) filed in the above captioned case.

Dated: June 14, 2013

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

/s/  Lorraine McGowen
Lorraine McGowen
Scott M. Pearsall
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, New York 10019
Tel: (212) 506-5000
Fax: (212) 506-5151
lmcgowen@orrick.com
spearsall@orrick.com
*Attorneys for Claimant Cryptic Studios, Inc.*

---

[1] The other Debtors in these chapter 11 cases are Atari Interactive, Inc., Humongous, Inc., and California U.S. Holdings, Inc.