13-10176-jlg    Doc 305    Filed 07/19/13    Entered 07/19/13 17:24:16    Main Document
                                    Pg 1 of 3

AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Ira S. Dizengoff
Kristine G. Manoukian

Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
Scott L. Alberino *(Admitted Pro Hac Vice)*

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ATARI, INC., *et al.*, | ) ) | Case No. 13-10176 (JMP) |
| Debtors.[1] | ) ) ) | (Jointly Administered) |

**NOTICE OF SUCCESSFUL AND BACK-UP BIDDERS WITH
RESPECT TO THE AUCTIONS OF CERTAIN OF THE DEBTORS' ASSETS**

    **PLEASE TAKE NOTICE** that, on May 22, 2013, the Debtors filed a motion (the "*Sale Motion*")[2] [Docket No. 222] to, among other things, (a) establish auction and bid procedures (the "*Bid Procedures*") with respect to the sale(s) (collectively, the "*Sale Transaction*") of substantially all of their assets (the "*Assets*"), (b) schedule auctions and a sale hearing (the "*Sale Hearing*") with respect to the sale(s) of Assets, and (c) approve the sale(s) of the Assets and the assumption and assignment of certain contracts related thereto free and clear of all liens, claims, encumbrances and other interests.

    **PLEASE TAKE FURTHER NOTICE** that, on June 14, 2013, the Court entered an order (the "*Bid Procedures Order*") [Docket No. 260] approving the Bid Procedures and setting a date for the Sale Hearing. The Sale Hearing is currently scheduled to be held on July 24, 2013

---

[1] The "*Debtors*" are Atari, Inc., Atari Interactive, Inc., Humongous, Inc., and California U.S. Holdings, Inc.

[2] Capitalized terms not defined herein have the meaning given to them in the Sale Motion or the Bid Procedures.

at 10:00 a.m. (prevailing Eastern time) at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, before the Honorable James M. Peck, United States Bankruptcy Court Judge, to consider the Debtors' selection of the highest or otherwise best bid(s) and the approval of the Sale Transaction. The Sale Hearing may be adjourned or rescheduled without notice.

**PLEASE TAKE FURTHER NOTICE** that, on July 11, 2013 the Debtors filed the *Notice of Attempt to Assume and Assign Certain Executory Contracts* [Docket No. 296] with the Court.

**PLEASE TAKE FURTHER NOTICE** that, on July 17 and 18, 2013, pursuant to the Bid Procedures Order, the Debtors conducted the Auctions with respect to certain of the Assets.

**PLEASE TAKE FURTHER NOTICE** that, at the conclusion of each such Auction, the Debtors, in consultation with their professionals and the Consulting Parties, selected the following Successful Bidders and Back-Up Bidders, where relevant, with respect to the Assets set forth below:

| *Asset(s)* | *Successful Bidder* | *Back-Up Bidder* |
|---|---|---|
| Backyard Sports Franchise | Epic Gear, LLC | N/A |
| Humongous Franchise, Fatty Bear's Birthday Surprise, Math Gran Prix | Tommo, Inc. | N/A |
| Total Annihilation Franchise | Wargaming World Limited | Uber Entertainment, Inc. |
| Battlezone Franchise | Rebellion Interactive Games Limited | Tommo, Inc. |
| Master of Orion Franchise | Wargaming World Limited | Stardock Systems, Inc. |
| Moonbase Commander Franchise | Rebellion Interactive Games Limited | N/A |
| Star Control Franchise | Stardock Systems, Inc. | On The Go Technology, LLC |

**PLEASE TAKE FURTHER NOTICE** that, at the Sale Hearing, the Debtors will seek Court approval of the Successful Bid and Successful Bidder and the Back-Up Bid and the Back-Up Bidder for each of the foregoing Assets. In the event that the Successful Bidder for the relevant category of Assets cannot or refuses to consummate the Sale Transaction with respect to such category of Assets because of the breach or failure on the part of the Successful Bidder, the Back-Up Bidder for each relevant category of Assets will be deemed the new Successful Bidder and the Debtors shall be authorized, but not required, to close with the Back-Up Bidder on the Back-Up Bid without further order of the Court.

| | |
|---|---|
| New York, New York<br>Dated:  July 19, 2013 | AKIN GUMP STRAUSS HAUER & FELD LLP<br><br>By:  */s/ Ira S. Dizengoff*<br>    Ira S. Dizengoff<br>    Kristine G. Manoukian<br>    One Bryant Park<br>    New York, New York 10036<br>    Telephone:  (212) 872-1000<br>    Facsimile:   (212) 872-1002<br>    idizengoff@akingump.com<br>    kmanoukian@akingump.com<br><br>    Scott L. Alberino<br>    Robert S. Strauss Building<br>    1333 New Hampshire Avenue, N.W.<br>    Washington, DC 20036-1564<br>    Telephone:  (202) 887-4000<br>    Facsimile:   (202) 887-4288<br>    salberino@akingump.com<br><br>    *Counsel to the Debtors and Debtors in Possession* |