AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Ira S. Dizengoff
Kristine G. Manoukian

Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
Scott L. Alberino *(Admitted Pro Hac Vice)*

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| ATARI, INC., *et al.*,[1] | Case No. 13-10176 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF PROPOSED AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON AUGUST 20, 2013 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

Location of Hearing:   The Honorable James M. Peck
                       United States Bankruptcy Court
                       for the Southern District of New York
                       Alexander Hamilton Custom House
                       One Bowling Green
                       Courtroom Number 601
                       New York, New York 10004

Copies of Motion:      A copy of each of the Motions and Applications may be viewed
                       on the Court's website at www.ecf.nysb.uscourts.gov or (without
                       charge) at the following website: at
                       http://www.bmcgroup.com/atari.

---

[1] The Debtors are Atari, Inc., Atari Interactive, Inc., Humongous, Inc., and California U.S. Holdings, Inc.

104980556 v2

The above-captioned debtors and debtors-in-possession propose the following agenda for the hearing scheduled before the Court on August 20, 2013 at 10:00 a.m. (prevailing Eastern Time):

**UNCONTESTED MATTERS**

**Fee Applications:**

1. First Interim Application of Protiviti Inc., Financial Advisor to the Debtors and Debtors-in-Possession, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred During the Period of January 21, 2013 Through April 30, 2013 [ECF No. 270]

2. Interim Application of Perella Weinberg Partners LP, Investment Banker to the Debtors, for Compensation of Professional Services Rendered and for Reimbursement of Expenses Incurred During the Period from January 31, 2013 Through April 30, 2013 [ECF No. 271]

3. First Interim Application of Akin Gump Strauss Hauer & Feld LLP, Counsel to the Debtors and Debtors in Possession, for Allowance of Compensation and for the Reimbursement of Expenses for Services Rendered from February 6, 2013 Through April 30, 2013 [ECF No. 272]

4. First Interim Application of Cooley LLP for Compensation for Services and Reimbursement of Expenses as Attorneys for the Official Committee of Unsecured Creditors for the Period from February 8, 2013 Through April 30, 2013 [ECF No. 266]

5. First Interim Application of Duff & Phelps Securities, LLC, Financial Advisors to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses from February 11, 2013 Through April 30, 2013 [ECF No. 275]

   Responses: None.

   Related Pleadings:

   A. Notice of Hearing Regarding First Interim Application for Compensation for Services and Reimbursement of Expenses for the Period From February 8, 2013 Through April 30, 2013 filed by Cooley LLP [ECF No. 268]

   B. Omnibus Notice of Hearing on Certain First Interim Fee Applications [ECF No. 273]

2

  C. Notice of Hearing Regarding First Interim Application for Compensation for Services and Reimbursement of Expenses for the Period from February 11, 2013 Through April 30, 2013 [ECF No. 276]

  D. Notice of Adjournment of Hearing on Certain Matters Previously Scheduled to Be Heard on July 24, 2013 [ECF No. 287]

  E. Notice of Adjournment of Hearing on Certain Matters Previously Scheduled to Be Heard on August 8, 2013 [ECF No. 335]

 Status: This matter is going forward.

**CONTESTED MATTERS**

6. Second Fee Statement of Cooley LLP for Compensation for Services and Reimbursement of Expenses as Attorneys for the Official Committee of Unsecured Creditors for the Period From March 1, 2013 Through March 31, 2013 [ECF No. 191]

 Responses:

  A. Notice of Omnibus Objection of Alden Global Value Recovery Master Fund, L.P. to Second Monthly Fee Statement of Cooley LLP and Fee Statement of Duff & Phelps Securities LLC [ECF No. 204]

  B. Debtors' Joinder to Notice of Omnibus Objection of Alden Global Value Recovery Master Fund, L.P. to Second Monthly Fee Statement of Cooley LLP and Fee Statement of Duff & Phelps Securities LLC [ECF No. 207]

 Related Pleadings: None

 Status: This matter is going forward.

7. Statement of Services Rendered and Expenses Incurred by Duff & Phelps Securities, LLC, Financial Advisors to the Official Committee of Unsecured Creditors for the Period of February 11, 2013 Through March 31, 2013 [ECF No. 192]

 Responses:

  A. Notice of Omnibus Objection of Alden Global Value Recovery Master Fund, L.P. to Second Monthly Fee Statement of Cooley LLP and Fee Statement of Duff & Phelps Securities LLC [ECF No. 204]

  B. Debtors' Joinder to Notice of Omnibus Objection of Alden Global Value Recovery Master Fund, L.P. to Second Monthly Fee Statement of Cooley LLP and Fee Statement of Duff & Phelps Securities LLC [ECF No. 207]

    Related Pleadings:  None.

    Status:  This matter is going forward.

8. Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Code Section 1121(d) Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof [ECF No. 337]

    Responses:

    A. Objection of the Official Committee of Unsecured Creditors with Respect to Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Code Section 1121(d) Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof [ECF No. 339]

    B. Objection of the Official Committee of Unsecured Creditors with Respect to Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Code Section 1121(d) Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof [ECF No. 341]

    Related Pleadings:

    A. Notice of Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Code Section 1121(d) Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof [ECF No. 337]

    Status:  This matter is going forward.

| | |
|---|---|
| New York, New York<br>Dated:  August 19, 2013 | AKIN GUMP STRAUSS HAUER & FELD LLP<br><br>By: */s/ Ira S. Dizengoff*<br>    Ira S. Dizengoff<br>    Kristine G. Manoukian<br>    One Bryant Park<br>    New York, New York 10036<br>    Telephone:  (212) 872-1000<br>    Facsimile:  (212) 872-1002<br>    idizengoff@akingump.com<br>    kmanoukian@akingump.com<br><br>    Scott L. Alberino<br>    Robert S. Strauss Building<br>    1333 New Hampshire Avenue, N.W.<br>    Washington, DC 20036-1564<br>    Telephone:  (202) 887-4000 |

Facsimile: (202) 887-4288
salberino@akingump.com

*Counsel to the Debtors and Debtors in Possession*