AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Ira S. Dizengoff
Kristine G. Manoukian

Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
Scott L. Alberino *(Admitted Pro Hac Vice)*

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| ATARI, INC., *et al.*,[1] | Case No. 13-10176 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF PROPOSED AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON SEPTEMBER 25, 2013 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

Location of Hearing:    The Honorable James M. Peck
United States Bankruptcy Court
for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
Courtroom Number 601
New York, New York 10004

Copies of Motion:    A copy of each of the Motions and Applications may be viewed on the Court's website at www.ecf.nysb.uscourts.gov or (without charge) at the following website: at http://www.bmcgroup.com/atari.

---

[1] The Debtors are Atari, Inc., Atari Interactive, Inc., Humongous, Inc., and California U.S. Holdings, Inc.

104980556 v2

The above-captioned debtors and debtors-in-possession propose the following agenda for the hearing scheduled before the Court on September 25, 2013 at 10:00 a.m. (prevailing Eastern Time):

**UNCONTESTED MATTERS**

1. First and Final Application of Alan Chapell, Consumer Privacy Ombudsman, Appointed Pursuant to Section 332 of the Bankruptcy Code for Approval and Allowance of Compensation for Services Rendered During the Period from July 22, 2013 Through and Including July 29, 2013 [ECF No. 340]

    Responses: None.

    Related Pleadings:

    A. Notice of Hearing on First and Final Application of Alan Chapell, Consumer Privacy Ombudsman, Appointed Pursuant to Section 332 of the Bankruptcy Code for Approval and Allowance of Compensation for Services Rendered During the Period from July 22, 2013 Through and Including July 29, 2013 [ECF No. 360]

    B. Notice of Adjournment of Hearing on Certain Matters Previously Scheduled to Be Heard on September 17, 2013 [ECF No. 369]

    Status: This matter is going forward.

**CONTESTED MATTERS**

2. Debtors' First Omnibus Objection to Certain Claims (Already Completely or Partially Satisfied, Not in Compliance with Applicable Rules, Duplicate, Filed in the Wrong Case, Late Filed and Amended and Superseded) [ECF No. 363]

    Responses:

    A. Response of Claimant, Interplay Entertainment Corp., to the Debtors' First Omnibus Objection to Certain Claims [ECF No. 374]

    Related Pleadings:

    A. Notice of Hearing on the Debtors' First Omnibus Objection to Certain Claims (Already Completely or Partially Satisfied, Not in Compliance with Applicable Rules, Duplicate, Filed in the Wrong Case, Late Filed and Amended and Superseded) [ECF No. 363]

    Status: This matter is going forward.

| | |
|---|---|
| New York, New York<br>Dated:  September 23, 2013 | AKIN GUMP STRAUSS HAUER & FELD LLP<br><br>By: */s/ Ira S. Dizengoff*<br>  Ira S. Dizengoff<br>  Kristine G. Manoukian<br>  One Bryant Park<br>  New York, New York 10036<br>  Telephone:  (212) 872-1000<br>  Facsimile:   (212) 872-1002<br>  idizengoff@akingump.com<br>  kmanoukian@akingump.com<br><br>  Scott L. Alberino<br>  Robert S. Strauss Building<br>  1333 New Hampshire Avenue, N.W.<br>  Washington, DC 20036-1564<br>  Telephone:  (202) 887-4000<br>  Facsimile:   (202) 887-4288<br>  salberino@akingump.com<br><br>*Counsel to the Debtors and Debtors in Possession* |